IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                           CASE NO. 1:07-cr-00014-MP-AK

SCOTTY PLATE,

    Defendants.
_____/

**O R D E R**

This matter came before the Court on November 27, 2007, for a hearing on a petition alleging violation of pretrial release. As stated during the hearing, based upon the admissions of the Defendant, the Court finds that he has violated the terms and conditions of his pretrial release. His bond is therefore revoked and he is remanded to custody pending trial or further order of the Court.

**DONE AND ORDERED** this   13th   day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge