IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 1:07-cr-00014-MP-AK

SCOTTY PLATE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 257, Defendant's Request for a Furlough, to which the government and the probation office objects. The motion is denied.

**DONE AND ORDERED** this  8th  day of August, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge