IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:07-cr-00014-MP-AK

SCOTTY PLATE,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 288, Motion to Allow Clerk to Receive Funds for Restitution, filed by the United States of America. It is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk of the Court of the Northern District of Florida shall receive the $6,608 seized from the defendant and that is in custody of the Gainesville Police Department.

2. The $6,608 will be used as partial restitution to victims, as identified in Doc. 277, Judgment in a Criminal Case regarding Mr. Plate.

3. The restitution shall be paid to victims pro rata.

**DONE AND ORDERED** this _11th_ day of September, 2008

           *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge